UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.  **DECISION AND ORDER**
**10-CR-184-16S**

JEFFREY SIDEBOTTOM,

        Defendant.

1. On January 30, 2013, the Defendant entered into a written plea agreement (Docket No. 578) and pled guilty to Count 1 of the Third Superseding Indictment (Docket No. 202) charging a violation of Title 21 U.S.C. § 846, (possession with intent to distribute and to distribute cocaine base).

2. On January 30, 2013, the Honorable Leslie G. Foschio, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 580) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3. This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1) and Local Rule 59(b).

4. This Court has carefully reviewed *de novo* Judge Foschio's January 30, 2013, Report and Recommendation, the plea agreement, the Third Superseding Indictment, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Foschio's Report and Recommendation, and will accept Judge Foschio's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge Foschio's January 30, 2013, Report and Recommendation (Docket No. 580) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant Jeffrey Sidebottom, is accepted, and he is now adjudged guilty of Title 21 U.S.C. § 846.

SO ORDERED.

Dated: February 22, 2013
         Buffalo, New York

                                                            s/William M. Skretny
                                                         WILLIAM M. SKRETNY
                                                              Chief Judge
                                            United States District Court